IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARÇELIK, A.Ş., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 15-961-LPS ) ) |
| E. I. DU PONT DE NEMOURS AND COMPANY, | ) ) |
| Defendant. | ) |

[~~PROPOSED~~] ORDER FOR THE ISSUANCE OF LETTERS OF REQUEST

At Wilmington this **3rd** day of **July**, 2019, upon consideration of Defendant's Motion for Issuance of Letters of Request for International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence Abroad and the Indian Code of Civil Procedure;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants are authorized to forward the original signed and sealed Letters of Request for International Judicial Assistance pursuant to the Hague Convention on the Taking of Evidence Abroad (including the original, signed, and sealed German translation) to the appropriate judicial authority in Germany for the purpose of obtaining testimony that may be used as evidence in the above-captioned case from Andreas Floegel, Executive Vice President, TDK Electronics AG (formerly EPCOS AG).

IT IS FURTHER ORDERED that Defendants are authorized to forward the original signed and sealed Letters of Request pursuant to the Indian Code of Civil Procedure to the appropriate judicial authority in India for the purpose of obtaining documents and testimony from Natarajan Balakrishnan, Managing Director (or such other individual who, in the opinion of TDK India

Private Limited, is conversant with the facts of the case), of TDK India Private Limited (formerly EPCOS India Private Limited).

IT IS FURTHER ORDERED that the Clerk of the Court return each original signed and sealed Letter of Request to counsel for Defendant listed within so that each Letter of Request may be delivered to the competent authorities identified therein, *i.e.* the Präsident des Oberlandesgerichts München and the High Court of Judicature at Calcutta.

_____
Chief Judge Leonard P. Stark

6246804