# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARÇELIK, A.Ş.,<br><br>*Plaintiff*,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>*Defendant*. | C.A. No.: 15-961-LPS |

## STIPULATION AND [PROPOSED] ORDER GOVERNING BRIEFING ON MOTION FOR APPLICATION OF FOREIGN LAW

WHEREAS, Defendant E. I. Du Pont de Nemours and Company ("DuPont") intends to file a motion for application of foreign law (the "Motion"); and

WHEREAS, the parties have agreed to a schedule to govern the submission of briefing on the Motion;

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that the following schedule shall govern the submission of briefing on the Motion:

1. DuPont shall file the Motion and its opening brief and any declaration(s) or affidavit(s) in support thereof on or before June 11, 2021.

2. Plaintiff Arcelik A.S. shall file its answering brief in opposition to the Motion and any declaration(s) or affidavit(s) in support thereof on or before July 19, 2021.

3. DuPont shall file its reply brief in further support of the Motion and any declaration(s) or affidavit(s) in support thereof on or before August 16, 2021.

Dated: May 11, 2021

/s/ *John M. Seaman*
John M. Seaman (#3868)
April M. Ferraro (#6152)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000
seaman@abramsbayliss.com
ferraro@abramsbayliss.com

*Attorneys for Plaintiff Arçelik A.Ş.*

OF COUNSEL:

Christopher M. Ryan
SHEARMAN & STERLING LLP
401 9th Street, NW
Washington, DC 20004
(202) 508-8000
christopher.ryan@shearman.com

/s/ *John A. Sensing*
John A. Sensing (#5232)
Jennifer Penberthy Buckley (#6264)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
jsensing@potteranderson.com
jbuckley@potteranderson.com

*Attorneys for Defendant E. I. du Pont de Nemours and Company*

SO ORDERED this ___ day of _____, 2021

_____
United States District Judge

2