UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-1869
_____

ARCELIK A.S.

v.

E.I. DUPONT DE NEMOURS AND COMPANY

TDK ELECTRONICS AG; TDK INDIA PRIVATE LTD*,
Appellants

*(Pursuant to Rule 12(a), Fed. R. App. P.)
_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. Civil No. 1-15-cv-00961)
District Judge: Honorable Leonard P. Stark
_____

Argued: February 11, 2021

Before: CHAGARES, SCIRICA, and RENDELL, *Circuit Judges.*

_____

JUDGMENT
_____

This cause came to be heard on the record from the United States District Court for the District of Delaware and was argued on February 11, 2021. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered March 30, 2020, be, and the same is hereby AFFIRMED. Costs taxed against Appellants. All the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: May 20, 2021

Certified as a true copy and issued in lieu of a formal mandate on  June 29, 2021

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**