IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARÇELIK, A.Ş.,<br><br>        Plaintiff,<br><br>    v.<br><br>E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>        Defendant. | Civil Action No. 15-00961-TBD |

**ORDER**

For the reasons discussed in the accompanying Memorandum Opinion issued this 5th day of August, 2022,

**IT IS HEREBY ORDERED** that:

1. Defendant E.I. Du Pont de Nemours and Company's Motion for Summary Judgment, D.I. 187, is **GRANTED**, and final judgment on all claims is entered in favor of the Defendant.

2. All remaining deadlines set forth in the Third Amended Scheduling Order, D.I. 144, are hereby vacated.

This is a final appealable order.

_____
Honorable Timothy B. Dyk
United States Circuit Judge, sitting by designation