# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARÇELIK, A.Ş.<br><br>　　　　Plaintiff,<br><br>v.<br><br>E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>　　　　Defendant. | C.A. No.: 1:15-cv-00961 (TBD) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Arcelik, A.S. hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion (D.I. 204) and Order (D.I. 205) of the District Court entered in this action on August 5, 2022.

|   |   |
|---|---|
| OF COUNSEL:<br><br>Christopher M. Ryan<br>SHEARMAN & STERLING LLP<br>401 9th Street, NW<br>Washington, DC 20004<br>Telephone: (202) 508-8000<br>Facsimile: (202) 508-8100<br>christopher.ryan@shearman.com<br><br>September 1, 2022 | /s/ John M. Seaman<br>John M. Seaman (#3868)<br>April M. Ferraro (#6152)<br>ABRAMS & BAYLISS LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>Telephone:  (302) 778-1000<br>Facsimile:   (302) 778-1001<br>seaman@abramsbayliss.com<br>ferraro@abramsbayliss.com<br><br>*Attorneys for Plaintiff Arçelik A.S.* |